

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Estate of David Recupero, et al

v.                              Civil Action No. 03-cv-129-SM

Adeeb John Williams, et al


**JUDGMENT**

In accordance with the parties' Stipulation of Dismissal filed on June 9, 2004 and the endorsed order dated April 4, 2005 by Chief Judge McAuliffe, judgment is hereby entered.

By the Court,

James R. Starr, Clerk

April 5, 2005

cc:  Jon Meyer, Esq.
     Charles Bauer, Esq.
     Michael J. Walsh, Esq.
     Charles A. DeGrandpre, Esq.
     Andrew B. Livernois, Esq.
     William Scott, Esq.